UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:23-cv-0067 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| THE ALEG, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims his right have been violated based on his housing status.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  (ECF No. 17.)  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 6, 2023, are adopted in full; and

2. This action is dismissed without prejudice.

Dated:  December 26, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/isel0067.800